DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT VELEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3208

[January 25, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard L. Bober, Judge; L.T. Case No. 10-010415-CF-10A.

Robert Velez, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***